PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8929
    Facsimile: (415) 744-0134
    E-Mail: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| ANAAM KADHUM, | Case No. 2:17-cv-00815 CKD |
| Plaintiff, | <u>ORDER</u> |
| vs. | |
| NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security, | |
| Defendant. | |

    Pursuant to the Parties' Stipulation for Extension of Time, IT IS HEREBY ORDERED that Defendant has until November 15, 2017, to respond to Plaintiff's Motion for Summary Judgment. All other dates in the Scheduling Order shall be extended accordingly.

Dated: October 10, 2017

    _____
    CAROLYN K. DELANEY
    UNITED STATES MAGISTRATE JUDGE