PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8929
    Facsimile: (415) 744-0134
    E-Mail: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| ANAAM KADHUM,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:17-cv-00815-CKD<br><br>STIPULATION & ORDER FOR EXTENSION OF TIME (SECOND REQUEST) |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, that Defendant shall have a 14-day extension of time, from November 15, 2017, to November 29, 2017, for Defendant to respond to Plaintiff's Motion for Summary Judgment. All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Defendant's second request for an extension of time. Defendant respectfully submits that good cause exists for the requested extension because Defendant's counsel has been out sick and requires additional time to review the record, to evaluate the issues raised in Plaintiff's Motion for Summary Judgment, to determine whether options exist for settlement, and

if not, to prepare Defendant's response to Plaintiff's Motion. This request is made in good faith with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience. Plaintiff does not oppose the requested extension.

Respectfully submitted,

Dated: November 13, 2017    JACQUELINE A. FORSLUND, ATTORNEY AT LAW

By: */s/ Jacqueline A. Forslund*
JACQUELINE A. FORSLUND
Attorneys for Plaintiff
[*As authorized by e-mail on Nov. 13, 2017]

Dated: November 14, 2017    PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ Margaret Branick-Abilla*
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: November 14, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE